UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ONEBEACON AMERICA
INSURANCE COMPANY,

    Plaintiff,

v.                        CASE NO: 8:05-cv-772-T-23MAP

QUALITY MARINE SALES, INC., and
ARTHUR MACK NOVACK,

    Defendants.
_____/

**ORDER**

The Court is advised that this matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on October 22, 2005.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy